EXHIBIT 3

# ARTICLES OF ORGANIZATION

## OF LIMITED LIABILITY COMPANY

### ENTITY INFORMATION

| | |
|---|---|
| **ENTITY NAME:** | PHANTOM FIREWORKS EASTERN REGION, LLC. |
| **ENTITY ID:** | 23211755 |
| **ENTITY TYPE:** | Domestic LLC |
| **EFFECTIVE DATE:** | 04/17/2021 |
| **CHARACTER OF BUSINESS:** | Consulting Fireworks |
| **MANAGEMENT STRUCTURE:** | Member-Managed |
| **PERIOD OF DURATION:** | Perpetual |
| **PROFESSIONAL SERVICES:** | N/A |

### STATUTORY AGENT INFORMATION

| | |
|---|---|
| **STATUTORY AGENT NAME:** | Joshua Trask |
| **PHYSICAL ADDRESS:** | 1417 North Manor Circle, CHANDLER, AZ 85225 |
| **MAILING ADDRESS:** | 1417 North Manor Circle, CHANDLER, AZ 85225 |

### PRINCIPAL ADDRESS

Att: Joshua Trask, 1417 North Manor Circle, CHANDLER, AZ 85225

### PRINCIPALS

Member: Joshua Trask - 1417 North Manor Circle, CHANDLER, AZ, 85225, USA - - Date of Taking Office: 04/17/2021

### ORGANIZERS

Joshua Trask

### SIGNATURES

Organizer: Joshua Trask - 04/17/2021

ENTITY INFORMATION

Search Date and Time: 7/21/2021 12:56:20 PM

Entity Details

Entity Name:

PHANTOM FIREWORKS EASTERN REGION, LLC.

Entity ID:

23211755

Entity Type:

Domestic LLC

Entity Status:

Active

Formation Date:

4/17/2021

Reason for Status:

In Good Standing

Approval Date:

4/17/2021

Status Date:

4/17/2021

Original Incorporation Date:

4/17/2021

Life Period:

Perpetual

Business Type:

Consulting Fireworks

Last Annual Report Filed:

Domicile State:

Arizona

Annual Report Due Date:

Years Due:

Original Publish Date:

Statutory Agent Information

Name: LA LA INVESTMENTS INC

Appointed Status: Active 6/16/2021

Attention:

Address: 1900 W. Carla Vista , CHANDLER, AZ 85246, USA

Agent Last Updated: 6/16/2021

E-mail:

Attention:

Mailing Address: 1900 W. Carla Vista , CHANDLER, AZ 85246, USA

County: Maricopa

Principal Information

| Title | Name | Attention | Address | Date of Taking Office | Last Updated |
|---|---|---|---|---|---|
| Member | la la Investments inc. | | 1900 W. Carla Vista Dr., CHANDLER, AZ, 85246, Maricopa County, USA | 4/17/2021 | 6/16/2021 |

Page 1 of 1, records 1 to 1 of 1

Address

Attention:

Address: 1900 W. Carla Vista Dr., 7994, CHANDLER, AZ, 85246, USA

County: Maricopa

Last Updated: 6/16/2021

Entity Principal Office Address

Attention:

Address:

County:

Last Updated:

| Back | Return to Search | | Document History | Name/Restructuring History |
| Return to Results | | | Pending Documents | Microfilm History |

ENTITY INFORMATION

Search Date and Time: 7/26/2021 12:21:33 PM

Entity Details

Entity Name:

LA LA INVESTMENTS INC.

Entity ID:

18293011

Entity Type:

Domestic For-Profit (Business) Corporation

Entity Status:

Active

Formation Date:

3/6/2013

Reason for Status:

In Good Standing

Approval Date:

3/12/2013

Status Date:

2/8/2019

Original Incorporation Date:

3/6/2013

Life Period:

Perpetual

| | |
|---|---|
| Business Type: | OTHER |
| Last Annual Report Filed: | 2021 |
| Domicile State: | Arizona |
| Annual Report Due Date: | 3/6/2022 |
| Years Due: | |
| Original Publish Date: | 5/29/2013 |

Statutory Agent Information

| | |
|---|---|
| Name: | I Know A Guy Inc. |
| Appointed Status: | Active 2/28/2019 |
| Attention: | |
| Address: | 1900 W. Carla Vista Dr., 7994, CHANDLER, AZ 85246, USA |
| Agent Last Updated: | 4/16/2021 |
| E-mail: | |
| Attention: | |
| Mailing Address: | |
| County: | Maricopa |

Privacy Policy (http://azcc.gov/privacy-policy) | Contact Us (http://azcc.gov/corporations/corporation-contacts)

Principal Information

| Title | Name | Attention | Address | Date of Taking Office | Last Updated |
|---|---|---|---|---|---|
| CFO (Chief Financial Officer) | Jacque Groves Trask | | 1900 W. Carla Vista, 7994, CHANDLER, AZ, 85246, Maricopa County, USA | 2/17/2019 | 6/24/2021 |
| Director | Jacque Groves Trask | | 1900 W. Carla Vista Drive, 7994, CHANDLER, AZ, 85225, Maricopa County, USA | 3/19/1919 | 6/24/2021 |

Page 1 of 1, records 1 to 2 of 2

Address

Attention:

Address: 1900 W. Carla Vista, CHANDLER, AZ, 85246, USA

County: Maricopa

Last Updated: 4/16/2021

Entity Principal Office Address

Attention:

Address:

County:

Last Updated:

Back | Return to Search

Return to Results

Document History | Name/Restructuring History | Pending Documents

Microfilm History