EXHIBIT 4



# PHANTOM FIREWORKS WESTERN REGION, LLC

Update this Business

**Entity Number:** 12266466-0161
**Company Type:** LLC - Foreign
**Address:** 26 S. Rio Grande St. Salt Lake City, UT 84101
**State of Origin:** AZ
**Registered Agent:** Joshua Trask
**Registered Agent Address:**
26 S. Rio Grande St.
Salt Lake City, UT 84101

View Management Team

## Status: Active

Purchase Certificate of Existence

**Status:** Active ● as of 04/19/2021
**Renew By:** 04/30/2022
**Status Description:** Current
The "Current" status represents that a renewal has been filed, within the most recent renewal period, with the Division of Corporations and Commercial Code.
**Employment Verification:** Not Registered with Verify Utah

## History

View Filed Documents

**Registration Date:** 04/19/2021
**Last Renewed:** N/A

## Additional Information

**NAICS Code:** 8129 **NAICS Title:** 8129-Other Personal Services

<< Back to Search Results

Business Name:

